RACHELE R. BYRD (SBN 190634)
MARISA C. LIVESAY (SBN 223247)
BRITTANY N. DEJONG (SBN 258766)
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Attorneys for Plaintiff*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELAINE WANG, on behalf of herself and all others similarly situated, | Case No. 3:18-cv-07450-WHA |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| PACIFIC BIOSCIENCES OF CALIFORNIA, INC., MICHAEL HUNKAPILLER, Ph.D., DAVID BOTSTEIN, Ph.D., WILLIAM W. ERICSON, CHRISTIAN HENRY, RANDY LIVINGSTON, JOHN F. MILLIGAN, Ph.D., MARSHALL L. MOHR, KATHY ORDOÑEZ, and LUCY SHAPIRO, | JUDGE: Hon. William H. Alsup
CTRM: 12 – 19th Floor |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Elaine Wang ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff and without prejudice as to the putative Class. Defendants have filed neither an answer nor a motion for summary judgment. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice. Plaintiff requests that this Court retain continuing jurisdiction for purposes of entertaining a mootness fee application, if any, which will be filed under this case number.

DATED: January 29, 2019

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:   */s/ Rachele R. Byrd*
        RACHELE R. BYRD
Rachele R. Byrd
Marisa C. Livesay
Brittany N. DeJong
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

**Of Counsel**:

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
melwani@whafh.com

*Counsel for Plaintiff*

PACIFIC BIOSCIENCES: 802914